The Honorable Benjamin H. Settle

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| FOSTER PARENTS ASSOCIATION OF WASHINGTON STATE,<br><br>        Plaintiff,<br><br>   v.<br><br>KEVIN QUIGLEY, et al.,<br><br>        Defendants. | NO. C11-05051-BHS<br><br>ORDER GRANTING DEFENDANTS' REQUEST FOR CONTINGENCY PLAN IN THE EVENT OF STATE GOVERNMENT SHUTDOWN |

THIS MATTER came before the Court on Defendants' Motion for Contingency Plan. This Court having considered Defendants' Motion, and the records and files herein, and being fully advised orders as follows:

The Defendants' motion is granted.  If the Washington State Legislature fails to pass a budget and the Governor does not sign the budget by 11:59 p.m. on June 30, 2013, then the State of Washington would not have an operating or capital budget by which to employ the Assistant Attorneys General who are counsel of record in this case.  Assistant Attorney General Theresa Fricke has informed the Court that she and the other attorneys of record for the State will be furloughed immediately if there is no budget by 11:59 p.m. on June 30, 2013. Ms. Fricke has also informed the Court that State contracts are suspended if there is no budget by 11:59 p.m. on June 30, 2013 and therefore the State cannot go forward with document review as ordered by this Court.  Therefore, if the State of Washington's legislature and

ORDER GRANTING DEFS' REQUEST FOR CONTINGENCY PLAN IN THE EVENT OF STATE GOVERNMENT SHUTDOWN--NO. C11-05051-BHS

1

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565

1  governor have not enacted a budget by 11:59 p.m. on June 30, 2013, all deadlines, discovery

2  and proceedings in this matter will be suspended until a budget has been enacted and the

3  State's attorneys of record in this case have been brought back to work after their temporary

4  furlough has ceased or further order of this Court.

5        DATED this 27th day of June, 2013.

[signature]

BENJAMIN H. SETTLE
United States District Judge

Presented by:

ROBERT W. FERGUSON
Attorney General


*s/    Theresa L. Fricke*
THERESA L. FRICKE, WSBA No. 16549
JENNIFER S. MEYER, WSBA No. 27057
DAVID M. ISEMINGER, WSBA No. 42768
KARL D. SMITH, WSBA No. 41988
Assistant Attorneys General

Office of the Attorney General
7141 Cleanwater Drive SW
P.O. Box 40124
Olympia, WA  98504-0124
Phone: (360) 586-6565
E-mails: Theresa.Fricke@atg.wa.gov
        Jennis1@atg.wa.gov
        DavidI@atg.wa.gov
        KarlS@atg.wa.gov

ORDER GRANTING DEFS' REQUEST
FOR CONTINGENCY PLAN IN THE
EVENT OF STATE GOVERNMENT
SHUTDOWN--NO. C11-05051-BHS

2

ATTORNEY GENERAL OF WASHINGTON
7141 Cleanwater Dr SW
PO Box 40124
Olympia, WA 98504-0124
(360) 586-6565